■ In the Matter of Roy Gray, Petitioner, v Commissioner of Department of Corrections and Community Supervision, Respondent. [3 NYS3d 632]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review two determinations of the Superintendent of Shawangunk Correctional Facility which found petitioner guilty of violating certain prison disciplinary rules.

Determinations confirmed. No opinion.

Peters, P.J., Lahtinen, Rose and Egan Jr., JJ., concur. Adjudged that the determinations are confirmed, without costs, and petition dismissed.